AO 440 Rev. 90 Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v

JUMPING JAVA COFFEE, INC., a
Florida Corporation; and
MITCHELL BERMAN, individually,
and as an officer of the
corporation,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00- 11

TO: (Name and Address of Defendant)

JUMPING JAVA COFFEE, INC.
c/o Registered Agent MITCHELL BERMAN
1734 Avenida Del Sol
Boca Raton, Florida 33432

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

LAURIE E. RUCOBA
ASSISTANT U.S. ATTORNEY
United States Attorney's Office
500 East Broward Boulevard, Ste. 700
Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

BY DEPUTY CLERK

DATE: FEB 11 2000