AO 440 (Rev 1 90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.

JUMPING JAVA COFFEE, INC., a
Florida Corporation; and
MITCHELL BERMAN, individually,
and as an officer of the
corporation,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

00 - 6211



TO: (Name and Address of Defendant)

MITCHELL BERMAN
1734 Avenida Del Sol
Boca Raton, Florida  33432

JUDGE

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

LAURIE E. RUCOBA
ASSISTANT U.S. ATTORNEY
United States Attorney's Office
500 East Broward Boulevard, Ste. 700
Fort Lauderdale, Florida  33394

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK

BY DEPUTY CLERK

FEB 1 1 2000

DATE