UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 



UNITED STATES OF AMERICA,   CIV - SEITZ

    PLAINTIFF,   MAGISTRATE JUDGE
                        GARBER

    v.

JUMPING JAVA COFFEE, INC.,
 a Florida corporation; and
MITCHELL BERMAN, individually, and
 as an officer of the corporation,

    DEFENDANTS.
_____)

## CIVIL ACTION CERTIFICATION

1.     Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? _____ Yes ___X___ No

                              Respectfully submitted,

                              THOMAS E. SCOTT
                              UNITED STATES ATTORNEY

              By: *Laurie E. Rucoba* (signature)
                              LAURIE E. RUCOBA
                              Assistant United States Attorney
                              No. A5500052
                              500 East Broward Boulevard
                              Suite 700
                              Ft. Lauderdale, Florida 33394
                              Tel: (954) 356-7314, ext. 3613
                              Fax: (954) 356-7180

