UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO.: 00-6211-CIV-SEITZ

FILED BY _____ D.C.

00 FEB 23 PM 1:42

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

JUMPING JAVA COFFEE, INC.,
    a Florida Corporation; and
MITCHELL BERMAN, individually,
    and as an officer of the
    Corporation,
    Defendants.
_____/

NOTICE OF PERMANENT
APPEARANCE OF COUNSEL OF RECORD

TRIAL ONLY: __X__

COMES NOW, JOHN F. O'DONNELL, and files this appearance as counsel for the above named Defendants. Counsel agrees to represent the Defendants for all proceedings in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(d) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorney.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail to Laurie E. Rucoba, Assistant United States Attorney, 500 East Broward Blvd, Suite 700, Fort Lauderdale, Florida 33301 on this 22 day of February, 2000.

JOHN F. O'DONNELL, ESQ.
Florida Bar No. 264891
2648 Northeast 26th Place
Fort Lauderdale, FL 33306
Phone: (954) 563-9993
Fax:   (954) 563-9995