UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO.: 00-6211-CIV-SEITZ

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

JUMPING JAVA COFFEE, INC.,
    a Florida Corporation; and
MITCHELL BERMAN, individually,
    and as an officer of the
    Corporation,
    Defendants.
_____/



### DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT FOR CIVIL PENALTIES, CONSUMER REDRESS, PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF

Defendants, JUMPING JAVA COFFEE, INC., a Florida Corporation ("JAVA") and MITCHELL BERMAN, individually and as an officer of the Corporation ("BERMAN"), by and through undersigned counsel, file this answer to Plaintiff's Complaint for Civil Penalties, Consumer Redress, Permanent Injunction and other Equitable Relief ("COMPLAINT"), and state as follows:

1.     Defendants admit that Plaintiff has commenced this action under the federal statutes cited in paragraph 1 of its Complaint for the apparent reasons set forth therein, but Defendants deny each and every other allegation contained in that paragraph and demand strict proof thereof.

2. Admit.

3. Admit.

4. Admit.

5. Admit that Defendant BERMAN is the president of JAVA. Deny each and every other allegation contained in paragraph 5 of Plaintiff's Complaint and demand strict proof thereof.

6. Admit

7. Admit

8. Deny

9. Deny

10. Deny

11. Deny

12. Deny

13. Deny

14. Defendants incorporate herein by reference their answers to paragraph 1 through 13 above.

15. Deny

16. Defendants incorporate herein by reference their answers to paragraph 1 through 13 above.

17. Deny

18. Defendants incorporate herein by reference their answers to paragraph 1 through 13 above.

19. Deny

20. Deny

21. Admit

22. Deny that Defendants have violated the franchise rule and the FTC Act, but admit the remainder of that paragraph.

23. Deny that Defendants have violated the franchise rule, but admit Plaintiff's recitation of the authority grated to this Court pursuant to Section 19 of the FTC Act, 15 U.S.C. § 57b.

24. Deny that Defendants have violated the franchise rule and the FTC Act, but admit the remainder of that paragraph.

## AFFIRMATIVE DEFENSES

25. As their first affirmative defense, Defendants state that Plaintiff is estopped from commencing or continuing with this action because, Plaintiff has commenced this action without any factual support, without any consumer complaints, and without any facts supporting that Defendants have damaged anyone through their practices alleged in the

Complaint, even if true.

WHEREFORE, for the foregoing reasons, Defendants respectfully request than this Court dismiss Plaintiff's Complaint, with prejudice, and/or deny to Plaintiff all the relief it requests, and assess all Court and other costs and Defendant's attorney's fees against the Plaintiff.

Defendants demand trial by jury of all issues so triable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail to Richard N. Goldberg, Esquire, trial attorney, Office of Consumer Litigation, P.O. Box 386, Washington, D.C. 20044 and Laurie E. Rucoba, Assistant United States Attorney, 500 East Broward Blvd, Suite 700, Fort Lauderdale, Florida 33301 on this 7th day of March, 2000.

JOHN F. O'DONNELL, ESQ.
Florida Bar No. 264891
2648 Northeast 26th Place
Fort Lauderdale, FL 33306
Phone: (954) 563-9993
Fax:   (954) 563-9995