NIGHT BOX
FILED

MAR 16 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CLARENCE MADDOX

CASE NO. 00-6211-CIV-SEITZ/GARBER

UNITED STATES OF AMERICA    )
                            )
    Plaintiff,               )
                            )
v.                          )
                            )
JUMPING JAVA COFFEE, INC.,  )
a Florida corporation; and  )
MITCHELL BERMAN,            )
individually, and as an     )
officer of the corporation, )
                            )
    Defendants.              )
_____/

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Richard N. Goldberg, Trial Attorney, United States Department of Justice, and Nancy Langston, Assistant United States Attorney, on behalf of Thomas E. Scott, United States Attorney for the Southern District of Florida, 99 N.E. 4th Street, 3rd Floor, Miami, Florida 33132, as attorneys of record for Plaintiff, the United States of America, in the above-referenced matter. Please forward copies of all pleadings, correspondence, etc. to undersigned counsel.

Dated: March 16, 2000

        Respectfully submitted,

        THOMAS E. SCOTT
        UNITED STATES ATTORNEY

For: RICHARD N. GOLDBERG
     Trial Attorney
     Office of Consumer Litigation
     P.O. Box 386
     Washington, D.C.  20044
     PHONE:  (202) 307-2532
     FAX:  (202) 514-8742
     EMAIL: richard.goldberg@usdoj.gov

By: NANCY LANGSTON
    Assistant United States Attorney
    No# A5500437
    99 N.E. 4th Street
    3rd Floor
    Miami, Florida 33132
    PHONE:  (305) 961-9012
    FAX:  (305) 530-7139

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 17th day of March, 2000, to: John F. O'Donnell, Esq., 2648 Northeast 26th Place, Fort Lauderdale, Florida 33306.

By: Nancy Langston
    Assistant U.S. Attorney