UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-SEITZ/GARBER



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUMPING JAVA COFFEE, INC.,
Etc., *et al.*,

    Defendants.
_____/

### ORDER OF TRANSFER

THIS CAUSE is before the Court on the parties Scheduling Report, filed April 21, 2000. It is hereby

ORDERED that pursuant to the parties' consent, this entire case is transferred to United States Magistrate Judge Barry L. Garber for appropriate resolution pursuant to 28 U.S.C. § 636(c) and Rule 1 of the Magistrate Rules of the Southern District of Florida. It is further

ORDERED that it shall be the responsibility of the respective parties in this case to note on all materials the case number caption (CASE NO. 00-6211-GARBER) and that courtesy copies of such materials shall be directed to his chambers.

DONE AND ORDERED in Miami, Florida, this 24th day of April, 2000.

                                          PATRICIA A. SEITZ
                                          UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Garber
        John O'Donnell, Esq.
        Richard Goldberg, Esq.