UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CIV-~~Garber~~ Seitz.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUMPING JAVA COFFEE, INC.,
a Florida corporation, and MITCHELL
BERMAN, individually, and as an
officer of the corporation,

    Defendants.
_____/



## SCHEDULING ORDER

THIS CAUSE is before the Court by Order of Reference and the parties' consent to proceed before United States Magistrate Judge pursuant to 28 U.S.C. §636(c).

The Court has received the Scheduling Report submitted by the parties to this cause. Pursuant to Local Rule 16.1(b)(7) of the Southern District of Florida and the Court being advised in the premises, sit is hereby

ORDERED as follows:

1. This cause is hereby assigned to a standard track in accordance with Local Rule 16.1.A.2.

2. All pretrial procedures shall be in compliance with the following schedule:

    a. All amendments to the pleadings and addition of parties shall take place by July 28, 2000.

    b. The parties shall furnish opposing counsel, on or before September 22, 2000, with a written list containing the names, addresses, and phone numbers of all fact witnesses intended to be called at trial. With the exception of rebuttal witnesses, only those witnesses so listed shall be permitted to testify at trial.

    c. The parties shall furnish opposing counsel, on or before October 20, 2000, with



a list containing the names, addresses, and phone numbers of all expert witnesses intended to be called at trial. With the exception of rebuttal witnesses, only those witnesses so listed shall be permitted to testify at trial.

 d. All discovery shall be completed by; October 20, 2000.

 e. All motions, including dispositive motions, shall be filed by November 3, 2000; responses thereto shall be filed by November 15, 2000; replies to the response shall be filed by November 22, 2000. All dispositive motions shall be served by Federal Express overnight delivery.

 f. A pretrial conference shall be held on February 9, 2001 at 3:00 P.M. in Courtroom VII, United States Courthouse, 300 N.E. 1st Avenue N.E. 1st Avenue, Miami, Florida.

 g. Jury trial shall commence at 9:30 A.M. on Monday, February 19, 2001 in Courtroom VII, United States Courthouse, 300 N.E. 1st Avenue N.E. 1st Avenue, Miami, Florida 33132.

 h. All additional schedules and requirements are set forth in Attachment A which are hereby made a part of this Scheduling Order.

 DONE AND ORDERED in Chambers at Miami, Florida this 25th day of April, 2000.

             _____
             BARRY L. GARBER
             UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
counsel of record

## Pretrial Deadlines, Pretrial Conference and Trial Date

| Date | Deadline |
|---|---|
| July 28, 00 | Joinder of parties and amendment of pleadings. |
| Sept 22, 00 | Parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. The parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| Oct 20, 00 | All fact discovery must be completed. |
| Oct 20, 00 | Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Local Rule 16.1.K, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Plaintiff shall make its experts available for deposition by Defendant. |
| Oct 20, 00 | Defendant must furnish expert witness list to the Plaintiff along with the summaries/reports required by Local Rule 16.1.K, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Defendant shall make its experts available for deposition by Plaintiff. |
| Oct 20, 00 | All expert discovery must be completed. |
| N/A | Mediation must be completed. |
| Nov 2, 00 | All dispositive pretrial motions and memoranda of law must be filed. |
| Jan 5, 01 | (a) Joint pretrial stipulation must be filed pursuant to Local Rule 16.1.E. The pretrial stipulation shall include Plaintiff's non-binding breakdown of damages with corresponding amounts; the witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. The parties shall meet at least one (1) month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation. The Court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions; and<br>(b) A joint statement outlining (1) the legal elements of Plaintiff's claims, including damages, and (2) the legal elements of the defenses raised, either in the form of a proposed jury instruction (for jury cases) or proposed conclusions of law (for non-jury cases); and<br>(c) Joint Summary of Respective Motions in Limine must be filed. The Summary shall contain a cover page providing the style of the case and an index of the motions in limine. The Summary shall also include for each evidentiary issue: (i) a one (1) page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion, and (ii) a one (1) page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. The parties shall work together to prepare the Summary. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation. |
| Jan 19, 01 | Final proposed jury instructions or findings of fact and conclusions of law must be submitted. *(A courtesy copy shall be hand-delivered to Chambers on 3.5 diskette, WordPerfect format)*, each party's list indicating each witness who will testify at trial, a one sentence synopsis of the testimony, and in consultation with opposing counsel, indicate the amount of time needed for direct and cross examination. |
| Feb 9, 01 | Pretrial conference. |
| Feb 19, 01 | Trial Date. |
| N/A | Date of any other deadline the parties adopt as part of their case management plan. |

[Attachment A]