UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6211-~~GARBER~~
CIV-SEITZ

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) |
| JUMPING JAVA COFFEE, INC., | ) |
| a Florida corporation; and | ) |
| MITCHELL BERMAN, individually, and as an | ) |
| officer of the corporation, | ) |
| | ) |
| DEFENDANTS. | ) |

**PLAINTIFF'S AND DEFENDANTS' JOINT NOTICE OF SETTLEMENT
AND MOTION TO STAY DISCOVERY DEADLINES PENDING
APPROVAL OR DISAPPROVAL OF STIPULATED JUDGMENT
AND ORDER BY THE FEDERAL TRADE COMMISSION**

Plaintiff United States of America and Defendants Jumping Java Coffee, Inc., and Mitchell Berman hereby notify the Court that they have agreed upon a settlement in the above-captioned matter. The proposed settlement includes a Stipulated Judgment and Order For Permanent Injunction ("Injunction"), and requires the Defendants to pay a civil penalty.

Because this case was referred to the Department of Justice pursuant to the FTC Act, the proposed Injunction will be transmitted to the Federal Trade Commission ("FTC") for final approval by vote of the FTC Commissioners. Assuming the Injunction is approved by the FTC, Plaintiff will then submit it to the Court for entry.

Accordingly, the parties move this Court to stay the discovery deadlines set forth in the Scheduling Order entered by the Court on April 26, 2000, until such time as the FTC has approved or disapproved of the Stipulated Judgment and Order.

Respectfully submitted,

FOR THE PLAINTIFF

THOMAS E. SCOTT
UNITED STATES ATTORNEY

*(signed)* Richard N. Goldberg
RICHARD N. GOLDBERG
Trial Attorney
Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
PHONE: 202-307-2532
FAX: 202-514-8742
EMAIL: richard.goldberg@usdoj.gov

*(signed)*
NANCY LANGSTON
Assistant U.S. Attorney
No# A5500437
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
PHONE: (305) 961-9012
FAX: (305) 530-7139

FOR THE DEFENDANTS

*(signed)* John F. O'Donnell
JOHN F. O'DONNELL
Fla. Bar. No. 264891
2648 Northeast 26th Place
Fort Lauderdale, FL 33306
PHONE: 954-563-9993
FAX: 954-563-9995