UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CIV-Garber SEITZ/

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUMPING JAVA COFFEE, INC.,
a Florida corporation, and MITCHELL
BERMAN, individually, and as an
officer of the corporation,

    Defendants.
_____/

## ORDER

THE COURT has received Plaintiff's and Defendants' Joint Notice of Settlement and Motion to Stay discovery Deadlines, etc. Upon due consideration of same, it is hereby

ORDERED that the Motion to stay discovery Deadlines, etc. is GRANTED and discovery is hereby stayed pending finality of the settlement. It is further

ORDERED that this cause is hereby set for Status Conference on Wednesday, November 1st, 2000 at 2:00 P.M. in Courtroom VII, United States District Court, 300 N.E. 1st Avenue, Miami, Florida 33132. In the event that the settlement is finalized and appropriate orders are submitted to the Court prior to the Status Conference, then same shall be canceled.

DONE AND ORDERED in Chambers at Miami, Florida this 19th day of September, 2000.

                                                BARRY L. GARBER
                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
counsel of record