UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CIV-SEITZ/GARBER



UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUMPING JAVA COFFEE, INC.,
a Florida corporation, and MITCHELL
BERMAN, individually, and as an
officer of the corporation,

    Defendants.
_____/

## ADMINISTRATIVE ORDER

THIS MATTER is before the Court sua sponte. Upon review of the docket in this matter, it appears that Plaintiff's and Defendants' Joint Motion to Stay Discovery Deadlines [DE#13] is still listed as pending. This Motion, however, was granted by Order dated September 19, 2000 [DE#14]. Accordingly, the Clerk is directed to remove Plaintiff's and Defendants' Joint Motion to Stay Discovery Deadlines [DE#13] from the list of pending motions.

DONE AND ORDERED in Chambers at Miami, Florida this 26th day of October, 2000.

                                        BARRY L. GARBER
                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Patricia A. Seitz