UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SEITZ/

CASE NO. 00-6211-GARBER

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) |
| JUMPING JAVA COFFEE, INC., | ) |
| a Florida corporation; and | ) |
| MITCHELL BERMAN, individually, and as an | ) |
| officer of the corporation, | ) |
| | ) |
| DEFENDANTS. | ) |

## ORDER

THE COURT has received Plaintiff's and Defendants' Joint Motion to Reset Status Conference. Upon due consideration of same, it is hereby ORDERED that the Motion to Reset Status Conference is GRANTED, and it is further ORDERED that the Status Conference in the above-captioned matter is reset from November 1, 2000, to December 14, 2000 *at 4:30 P.M.* and will be held in Courtroom VII, United States District Court, 300 N.E. 1st Avenue, Miami, Florida 33132.

DONE AND ORDERED in Chambers at Miami, Florida this 30th day of October, 2000.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE