UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

/ Seitz

CASE NO. 00-6211/GARBER

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) |
| JUMPING JAVA COFFEE, INC., | ) |
| a Florida corporation; and | ) |
| MITCHELL BERMAN, individually, and as an | ) |
| officer of the corporation, | ) |
| | ) |
| DEFENDANTS. | ) |

**PLAINTIFF'S AND DEFENDANTS' JOINT
MOTION TO RESET STATUS CONFERENCE**

Plaintiff United States of America and Defendants Jumping Java Coffee, Inc. and Mitchell Berman hereby notify this Court that there has been no change in the status of the above-captioned matter since entry of this Court's Order staying discovery deadlines. The Federal Trade Commission has not yet taken final action to approve or disapprove of the proposed settlement and injunction.

Accordingly, the parties move this Court to reset the Status Conference presently set for November 1, 2000, to December 14, 2000.

OCT 3 1 2000

Rec'd in MIA Dkt _____



Respectfully submitted,

FOR THE PLAINTIFF

THOMAS E. SCOTT
UNITED STATES ATTORNEY

*Nancy Langston* (for)
RICHARD N. GOLDBERG
Trial Attorney
Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
PHONE: 202-307-2532
FAX: 202-514-8742
EMAIL: richard.goldberg@usdoj.gov

*Nancy Langston*
NANCY LANGSTON
Assistant U.S. Attorney
No# A5500437
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
PHONE: (305) 961-9012
FAX: (305) 530-7139

FOR THE DEFENDANTS

*John F. O'Donnell*
JOHN F. O'DONNELL
Fla. Bar. No. 264891
2648 Northeast 26th Place
Fort Lauderdale, FL 33306
PHONE: 954-563-9993
FAX: 954-563-9995

2