UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CIV-SEITZ/GARBER

UNITED STATES OF AMERICA

    Plaintiff,

v.

JUMPING JAVA COFFEE, INC.,
a Florida corporation; and
MITCHELL BERMAN, individually
and as an officer of the corporation,

    Defendants.
_____/



## ADMINISTRATIVE ORDER

THIS MATTER is before the Court sua sponte. Upon review of the docket in this matter, it appears that Defendants' Motion to Continue/Reset Status Conference [DE#17] is still listed as pending. That Motion, however, was granted by this Court by Order dated October 30, 2000 [DE#16]. Accordingly, the Clerk is directed to remove Defendants' Motion to Continue/Reset Status Conference [DE#17] from the list of pending motions.

DONE AND ORDERED in Chambers at Miami, Florida this 16th day of November, 2000.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies supplied to:
United States District Judge Patricia A. Seitz